# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 2:19-cr-00194 |
| Plaintiff, | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | : | Magistrate Judge Jolson |
| VINCENT BROCOLI, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## OPINION & ORDER

This matter is before the Court on Magistrate Judge Jolson's Report and Recommendation Accepting Defendant Vincent Brocoli's plea of guilty to one count of Cyberstalking, in violation of 18 U.S.C. § 2261A(2). (Doc. 22.) The Report and Recommendation was filed on November 22, 2019, and the parties had fourteen days thereafter to raise any Objections. Neither side has filed an Objection to the Report and Recommendation, and the time for doing so has now passed.

Having reviewed the Report and Recommendation, the Court finds that Magistrate Judge Jolson reached the correct conclusion. Accordingly, the Court **ADOPTS** Magistrate Judge Jolson's November 22, 2019 Report and Recommendation as this Court's findings of fact and conclusions of law. Defendant's guilty plea is hereby **ACCEPTED**.

**IT IS SO ORDERED.**

/s/ Algenon L. Marbley
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: January 7, 2020**