# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:19-cr-194 |
| vs. | ) | |
| | ) | |
| VINCENT BROCOLI, | ) | CHIEF JUDGE MARBLEY |
| a/k/a Vince, | ) | |
| a/k/a Matthew Dehart, | ) | |
| a/k/a Bunch Media, | ) | |
| a/k/a Bunch Marketing, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Government's motion for an order requiring GoDaddy.com, Google, Instagram, ItsMyURLS.com, RipOffScams.com, Twitter, Wordpress, and YouTube ("Service Providers") to remove all accounts and statements utilized by Defendant in the course of his criminal activity. Upon consideration of the motion, and for the reasons stated therein, it is hereby:

ORDERED that the United States shall provide a copy of this Order and the relevant attachment to each Service Provider;

FURTHER ORDERED that the Service Providers shall delete and remove from public view all websites, accounts, statements, posts, and other content related to the accounts identified in the attachments to this order which are under their control, acting in support of this Court's prior order and judgment requiring that these accounts be deleted.

Signed,

_____
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

Date: 9/18/2020