Judge Marbley / Southern District Court,

This letter is in regards to case 2:19CR00194.

I'am requesting that this court provide me a lawyer to handle on going issues within the jail and to advise me of my current legal options for this case. I have not spoken to Brian Joslyn since court. He has not responded to multiple letters. I do not know how to proceed and what to even proceed with because I have no one to speak to. It seems that those on the other side can make up whatever they want about me and it is assumed to be true. I'll give you an example. It was stated in court that I told a police officer I would "kill myself if released". This never occured. What is the officers name, where and when did this take place, and can they provide the body cam footage of me stating this? It doesn't exist and yet this is one of the false claims that was used to deny my bond.

Another reason I'am writing this letter is because I have been trying to get word to you that my grandfather (whom I was living with and taking care of prior to this) is dying of cancer. He does not expect to live another year. I will not see him again. I have not seen him for a year now as is. He lost his wife in Jan '19 and then me in Sept '19 to this case. He has been in a deep depression ever since which I feel contributed to bringing this on. I believe his life would be extended if I were home.

I have also been dealing with my own psychological issues living in this prison environment. I have been housed with child molesters multiple times and it has taken it's toll on my mind. I informed you that I was abused as a child. I have constantly been surrounded by negative imagery, particularly nude grown men, that I can not begin to describe the effects of. I have also been grabbed inappropriately. I strongly feel that I need to be home, taking care of my grandfather, and getting therapy for what I have experienced thus far.

I fear every day that with more incarceration I'm going to develop further mental issues that are permanent and can not be fixed I will then have to deal with returning home to the loss of my grandfather, father on top of it. My grandfather is basically my father.

I am reaching out to you now for help.

I am advocating for myself to be released on an ankle monitor.

2/24/20