# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VINCENT BROCOLI,<br><br>Defendant. | CASE NO. 2:19-cr-194<br><br>CHIEF JUDGE MARBLEY |

## MOTION TO SEAL ATTACHMENTS

Now comes the United States of America, by and through undersigned counsel, and respectfully requests that the attachment to the government's sentencing memorandum (Doc. #37) and the attachments to the government's motion to compel removal of online accounts (Docs. #43, 43-1, 43-2, 43-3, 43-4, 43-5, 43-6, and 43-7) in this case be sealed, as those attachments consist of images or copies of statements that constitute Defendant's offense conduct, the publication of which was in violation 18 U.S.C. § 2261A(2), including images of social media posts and account names designed to harass and intimidate Defendant's victims.

WHEREFORE, the United States respectfully requests that the documents be SEALED.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney


s/Christopher N. St. Pierre
CHRISTOPHER N. ST. PIERRE
Special Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Christopher.St.Pierre@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing government's motion to seal was served this 5th day of January 2021, electronically on all counsel of record.

                                          s/Christopher N. St. Pierre
                                          CHRISTOPHER N. ST. PIERRE (0097673)
                                          Special Assistant United States Attorney