# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | Case No. 2:19-cr-0194 |
| **Plaintiff,** : | |
| : | **CHIEF JUDGE ALGENON L. MARBLEY** |
| v. : | |
| : | |
| **VINCENT BROCOLI,** : | |
| a/k/a Vince, : | |
| a/k/a Matthew Dehart, : | |
| a/k/a Bunch Media, : | |
| a/k/a Bunch Marketing, : | |
| : | |
| **Defendant.** : | |

## ORDER TO SEAL

This matter is before the Court on the Government's unopposed Motion to Seal. (ECF No. 45). Specifically, the Government asks this Court to seal the attachment to its sentencing memorandum (ECF No. 37) and the attachments to its motion to compel removal of online accounts (ECF Nos. 43, 43-1, 43-2, 43-3, 43-4, 43-5, 43-6, and 43-7). This Court finds that good cause exists to seal the attachments because they contain confidential information regarding internet-based accounts. The Court therefore **ORDERS** that Documents 37, 43, 43-1, 43-2, 43-3, 43-4, 43-5, 43-6, and 43-7 in the above-captioned matter be sealed and be maintained in a safe place unless by further Order of this Court.

**IT IS SO ORDERED.**

                                                 /s/ Algenon L. Marbley_____
                                                 **ALGENON L. MARBLEY**
                                                 **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: January 5, 2021**