2:19CR00194

Grabbed again today. I don't know how much more known I can make this to the court, Judge Marbley. If another grown man puts his hands on me it is going to have a terrible outcome. My mind cannot tolerate being touched. This has become a serious mental struggle. I can't stay quiet anymore no matter how much of a risk this may be to my safety.

I would never wish that anyone have experienced child abuse but I do not think any of you will ever understand this. This is now getting to a psycological level I can not endure any further. I'am having extreme difficulty functioning in this enviranment. I do not belong here.

I should not even be the one to be writing this letter. A lawyer should. I again ask the court to provide me with a lawyer. There is someone named Deborah Williams that was attatched to this case. I never met, spoke with them or knew they existed. Can she be sent to speak with me?

How would me being on home confinement hurt this country or anyone involved in this case? To say that these jails need reform right now is beyond an understatement and it starts with not piling up human beings like cattle, especially those with non-violent cases.

I've never been to the state of Ohio and never thought of coming here in my life. I do not want harm for anyone in this state.

Waiting for the legal process to "sort this out" while staring at a wall in here has past it's expiration date when I now know that nothing is being done on my behalf, there is no advocate on my side, and the situation is only getting worse.

I know that I have legal options. I know they are available but I'am not educated on what they are. I know my situation can and will be seen in an entirely different light but by the time that occurs through the Court what cost will have been paid in the mean time?

This jail is spread with Covid-19. I have seen people seriously sick. Also, a few days ago I witnessed a suicide and watched a dead body stretchered out in front of me. People are literally dying in here one way or the other and this country doesn't profit from dead bodies.