**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:19-CR-00194 |
| | : | |
| vs. | : | CHIEF JUDGE ALGENON L. MARBLEY |
| | : | |
| **VINCENT BROCOLI,** | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF INTENT TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANT VINCENT BROCOLI'S *PRO SE* MOTION FOR COMPASSIONATE RELEASE**

Undersigned counsel, on behalf of Defendant Vincent Brocoli, hereby provides notice pursuant to this Court's Amended General Order 20-21, of counsel's intention to file supplemental materials in support of Defendant's *Pro Se* Motion for Compassionate Release. R.44, *Pro Se* Motion for Compassionate Release.

Respectfully submitted,

/s/ Alan J. Pfeuffer

Alan J. Pfeuffer (OH-0071974)
The Law Office of Alan J. Pfeuffer, LLC
1491 Polaris Parkway, Suite #178
Columbus, Ohio 43240
(614)808-5295
Email: AlanPfeuffer@yahoo.com

Attorney for Defendant
Vincent Brocoli

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of this Notice was electronically served through ECF upon Assistant United States Attorney Jessica H. Kim, this 8th day of April 2021.

Likewise, a copy of this Notice was also mailed, United States Mail, First Class, postage prepaid, on this 8th day of February 2021, to: Vincent Broccoli, Reg. No.: 64953-037, USP YAZOO CITY, Post Office Box 5000, Yazoo City, MS 39194.

/s/ Alan J. Pfeuffer

Alan J. Pfeuffer (OH-0071974)
Attorney for Vincent Brocoli