# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:19-cr-194 |
| vs. | ) | |
| | ) | |
| VINCENT BROCOLI, | ) | CHIEF JUDGE MARBLEY |
| Defendant. | ) | |

## MOTION TO SEAL

Now comes the United States of America, by and through undersigned counsel, and respectfully requests that its Response in opposition to Defendant's motion for compassionate release be sealed. The government's response references medical and other confidential information that Defendant has consistently sought to seal. Accordingly, the government's response referencing that information should also be sealed.

Respectfully submitted,

VIPAL J. PATEL
Acting United States Attorney

s/Christopher N. St. Pierre
CHRISTOPHER N. ST. PIERRE (0097673)
Special Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Phone No.: (614) 469-5715
Fax No.: (614) 469-5653
Email: Christopher.St.Pierre@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served by electronic mail on this 19th day of May, 2021 upon counsel for Defendant.

s/Christopher N. St. Pierre
CHRISTOPHER N. ST. PIERRE (0097673)
Special Assistant United States Attorney
