IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No. 2:19-cr-194 |
| vs. | ) | |
| | ) | |
| VINCENT BROCOLI, | ) | CHIEF JUDGE MARBLEY |
| Defendant. | ) | |

## ORDER TO SEAL

The Government having moved to seal this case, and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that the government's response to Defendant's motion for compassionate release in this case be **SEALED**, and all related documents maintained in a safe place and not be opened unless by further Order of this Court.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

May 20, 2021
Date