2:19CR00194   7/15/21

This is a second motion again requesting home confinement. I have been sent to the "Alvis House" in Columbus OH which is a sex offender filled hellhole. If I wanted to sleep on a bunk bed and live around such individuals I could have stayed in prison. If I had known this is where I was going to be sent I would have told Alan Pfeiffer to let me be. There is currently a lawsuit in the works against this place for a man that was attacked by a transexual. This facility is not as advertised, and I'm sorry to say I'm not grateful for being here. This is awful.

I'm being told that I have to stay here for 6 months, until December. The original release date was 10/22. I've now somehow gained 2 more months of incarceration. This was not a compassionate or early release This was just another prison transfer. I am locked in here 24 hours a day. I do not feel safe walking around in this state and being falsely accused of something else I didn't do. I'd rather go back to the Butler County Jail until Oct then to be here until Dec. I however do not deserve that.

I have a home to go to in the state of Maryland. As I've stated before, I've never been to Ohio or even thought of visiting Ohio until this country brought me here. I have no ties to this state and I do not belong here. The Alvis House staff and the probation department both agree with me. Ask them. They want me gone.

→ Back

The conditions of release previously set forth can be followed the same from a private residence. The probation office has the address. I was arrested and taken from there. There is no valid reason why I shouldn't be sent back.

Please release me to home confinement back to the State of Maryland. This halfway house has provided nothing but further negativity.

Google     1755 alum creek drive homefacts sex offender

Q All   ◉ Maps   🗐 News   🖼 Images   🛒 Shopping   : More     Tools

About 293 results (0.62 seconds)

https://www.homefacts.com › ... › Columbus :

### Eric Allen Thomas - Sex Offender in Columbus ... - Homefacts
View **Sex Offender** registry info for Eric Allen Thomas in Columbus, OH 43207 ... Last Known Address: **1755 Alum Creek** Dr, COLUMBUS, OH 43207 ...

https://www.homefacts.com › ... › Columbus :

### Isaiah Mikhale Wright - Sex Offender in Columbus ... - Homefacts
Isaiah Mikhale Wright Registration Details · Last Known Address: **1755 ALUM CREEK DR** Alvis House, COLUMBUS, OH 43207 · Isaiah Mikhale Wright - Registered ...

https://www.homefacts.com › ... › Columbus :

### Stewart Douglas Mcginnis - Sex Offender in Columbus ... - Homefacts
Stewart Douglas Mcginnis Registration Details · Last Known Address: **1755 Alum Creek Dr** Alvis House, COLUMBUS, OH 43207 · Stewart Douglas Mcginnis - ...

https://www.homefacts.com › ... › Columbus :

### Brian Anthony Zoeller - Sex Offender in ... - Homefacts
View **Sex Offender** registry info for Brian Anthony Zoeller in Columbus, OH 43207 ... Last Known Address: **1755 Alum Creek** Dr. Columbus, OH 43207 ...

https://www.homefacts.com › ... › Columbus :

### Gaines Collins Wheat - Sex Offender in ... - Homefacts
View **Sex Offender** registry info for Gaines Collins Wheat in Columbus, OH 43232 - OH2233660. ... Last Known Address: 5910 Scarborough Blvd Room 122, Columbus, OH 43232 ... **1755 ALUM CREEK DR, COLUMBUS, OH 43207**.

https://www.homefacts.com › ... › Columbus :

### Raymond Fitzgerald Mcfarlane - Sex Offender in ... - Homefacts
View **Sex Offender** registry info for Raymond Fitzgerald Mcfarlane in Columbus, OH 43211 ... **1755 ALUM CREEK DR ALVIS HOUSE, COLUMBUS, OH 43207** ...

https://www.homefacts.com › ... › Columbus :

### Michael J Moody - Sex Offender in Columbus, OH ... - Homefacts
View **Sex Offender** registry info for Michael J Moody in Columbus, OH 43224 - OH6377923. ... **1755 ALUM CREEK DR, COLUMBUS, OH 43207**. Instantly get ...

https://www.city-data.com › soz › soz-43207 :

### Registered sex offenders in zip code 43207 - crimes listed ...
Weight: 155 lbs. Race: White Based on this official **offender** page. Brandon Lee Rowe. Address: **1755 Alum Creek Dr** City: Columbus, OH Sex: Male Age: 31
Missing: homefacts | Must include: homefacts

https://silo.tips › download › hwh-program-direct... PDF :

### Bureau of Community Sanctions HWH Program Directory
Including individuals classified as **Sex Offenders**; ... facilities in Columbus (the **Alum Creek** Men's Residential Treatment Program, the Dunning Hall ... **1755 Alum Creek**, Columbus, OH 43207. 868 Bryden Road. Columbus, OH 43205. Jackson ...
Missing: homefacts | Must include: homefacts

At this evidentiary hearing my previous Lawyer (Mr. Sanderson) went on to contradict himself and in part tell the truth about the lies he told me. At the hearing my former Counsel admitted that he found out I wanted to withdraw my Plea 2 months after Signing (April, 2020) However he made a "tactical and Strategic decision not to bring the issue before the Court." (Sanderson Tr. # 605, PAGEID 2302-2303-Feb.12,2021). Next I brought to the Judges attention the fact that I was misinformed by my Counsel about the death penalty. "Despite assurances to the Contrary, there was no guarantee the Death penalty would not be Sought or that the plea would have been authorized by the DoJ (Sanderson Tr. # 619, PAGEID 2564- April 27th, 2021) I was under the impression my Plea was the reason the prosecutor wasnt seeking the death penalty I didnt know it wasnt there choice it was up to the DoJ. Another lie told to me by Mr. Sanderson that was brought to Judge Watsons attention is that my Sentence would be 17½ years but in actuality it was closer to 25 years. Although at the evidentiary hearing Mr. Sanderson expresses Surprise at how I came up with 17 years on Feb.12th, 2021 He Stated exactly How I Came up with the Number. (Sanderson Tr. # 619, PaGe ID 2569- April 27th, 2021) (Sanderson Tr. # 605, PAGEID 2297-2298-Feb.12,2021) Mr. Sanderson Also testified on April 13th that I was not hesitant to sign the plea But in A motion He filed He Stated "This is A defendant who was resistant to the plea recommendations from the start...." motion to withdraw Plea (ECF 558-PAGE ID 1944)

Even after bringing this to Judge Watsons attention he still denied my motion and ignored all the injustices that I have been through. I was not allowed due process because of the lies I was told By A Lawyer the Government gave me. My fifth and Sixth amendment Rights have been Violated and Judge Watson doesnt seem to Care. I am writing You to inform You thanks for your time.

Sincerely,

Charles Carson II