2:19CR00194  7/15/21

This is a motion to seal the 2 page letter I mailed to the Court in Dec. 2020 (although it was filed on the docket in January 2021). This letter references personal information that should be kept private. It was intended to be shared with the judge only. Making this information publically available has caused harm and could lead to further incidents in the future. It would have initially been requested to be filed under seal had I understood the sealing process at that time.

