2:19CR00194 11/19/21 Motion To Seal Courts Opinion/Release order

This is a motion requesting that the court seal the Courts response/release order for compassionate release. The courts response references many pieces of private information that were kept sealed in the motion for release. The governments opposition argument was sealed as well. Both sides mutually agreed that the debate for release should be a sealed debate. However, the Courts response now makes this information publically available.

I am requesting that the courts decision be sealed for the same reasoning the original motion was sealed. The information is of a sensitive nature and serves no good purpose to be public.