IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VINCENT BROCOLI,<br>a/k/a Vince,<br>a/k/a Matthew Dehart,<br>a/k/a Bunch Media,<br>a/k/a Bunch Marketing,<br><br>    Defendant. | Case No. 2:19-cr-0194<br><br>CHIEF JUDGE ALGENON L. MARBLEY |

## ORDER TO SEAL

This matter is before the Court on Defendant's unopposed Motion to Seal the Court's Opinion and Release Order (ECF No. 69). Specifically, the Defendant requests this Court to seal its Opinion and Order Granting in Part and Denying in Part Defendant's Motion for Compassionate Release (ECF No. 61). Defendant maintains that because the Opinion and Order directly references sensitive material derived from documents already sealed, the Court should accordingly seal that Opinion and Order. (*Id.*). Pursuant to S.D. Ohio Civ. R. 5.2.1(a) and for good cause shown, the Court GRANTS Defendant's unopposed Motion to Seal (ECF No. 69).

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: December 6, 2021

1