IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 2:19-cr-0194 <br> : <br> : CHIEF JUDGE ALGENON L. MARBLEY |
| v. | : |
| VINCENT BROCOLI, <br> a/k/a Vince, <br> a/k/a Matthew Dehart, <br> a/k/a Bunch Media, <br> a/k/a Bunch Marketing, | : <br> : <br> : <br> : <br> : |
| Defendant. | : |

## ORDER TO SEAL

This matter is before the Court on Defendant's Motion to File Under Seal and Motion to Modify Probation (ECF No. 71). Specifically, Defendant requests this Court to file his Motion to Modify Probation (*Id.*) under seal because this motion directly references personal health information. (*Id.*). Pursuant to S.D. Ohio Civ. R. 5.2.1(a) and for good cause shown, the Court **GRANTS** Defendant's Motion to Seal (ECF No. 71). Defendant's Motion to Modify Probation is held in **ABEYANCE**.

IT IS SO ORDERED.

_____
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: January 20, 2022

1